**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

EARL J. COLLINS,

       Plaintiff,                              CASE NO. 06-11802

-vs-                                               PAUL D. BORMAN
                                                   UNITED STATES DISTRICT JUDGE

CITY OF HARPER WOODS, HARPER
WOODS POLICE DEPARTMENT,
DETECTIVE TEATSORTH, and
JOHN DOE,

       Defendants.
_____/

**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S**
**REQUEST FOR APPOINTMENT OF COUNSEL**

     Having considered the application for appointment of counsel under 28 U.S.C. § 1915(e),

IT IS ORDERED that the application is DENIED. This case is on appeal.

     **SO ORDERED**.

                                                     s/Paul D. Borman
                                                     PAUL D. BORMAN
                                                     UNITED STATES DISTRICT JUDGE

Dated: January 24, 2007

                                CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 24, 2007.

                                                     s/Denise Goodine
                                                     Case Manager